UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Daniel Antonio Baez Arciniega, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                                          *Plaintiff,*

- against -

Zalmen Management LLC, Zalmen Management Co. Inc., and Shnayer Klein,

                                          *Defendants.*
-------------------------------------------------------------------X

Case No.: 23-cv-05532

**STIPULATION**

Defendants Zalmen Management LLC, Zalmen Management Co. Inc., and Shnayer Klein (collectively, the "Defendants") by their undersigned counsel, agree and stipulate with Plaintiff Daniel Antonio Baez Arciniega (the "Plaintiff"), by his undersigned counsel, as follows:

IT IS HEREBY STIPULATED AND AGREED by and between the parties that pursuant to Federal Rule of Civil Procedure ("Fed.R.Civ.P.") 15(a)(2), Plainitff shall be granted leave to file the proposed Amended Complaint annexed hereto as Exhibit "A",

IT IS FURTHER STIPULATED AND AGREED that Defendant's counsel accepts service of process of proposed Amended Complaint on behalf of the Defendants, and

IT IS FURTHER STIPULATED AND AGREED that Defendants waive any defense to personal jurisdiction due to improper service of process of the proposed Amended Complaint; and

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts and that a facsimile copy or other electronic copies shall be deemed originals.

Dated:   New York, New York
           March 20, 2024

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: _____

MINTZ & GOLD, LLP

By: _____ 3/20/24

1