# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792-0048 • E: Jason@levinepstein.com

March 21, 2024

<u>*VIA ECF*</u>
The Hon. Marcia M. Henry, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: *Baez Arciniega v. Zalmen Management LLC et al*
        <u>**Case No.: 1:23-cv-05532-NGG-MMH**</u>

Dear Honorable Magistrate Judge Henry:

  This law firm represents Plaintiff Daniel Antonio Baez Arciniega, on behalf of himself and others similarly situated in the proposed FLSA Collective Action, (the "Plaintiff") in the above-referenced matter. This letter is submitted jointly with counsel for Defendants Zalmen Management LLC, Zalmen Management Co. Inc. (together, the "Corporate Defendants") and Shnayer Klein (the "Individual Defendant", and collectively, the "Defendants").

  Pursuant to Your Honor's Individual Motion Practice Rules, this letter respectfully serves to advise the Court that the Stipulation with accompanying exhibit, filed on March 14, 2024, pursuant to Fed.R.Civ.P. 15(a)(2) [Dckt. No. 21] was filed in inadvertently.

  A revised, corrected Stipulation has since been refiled. [*See* Dckt. No. 22].

  In light of the foregoing, it is respectfully requested that the Court direct the Clerk of Court to strike Dckt. No. 21 from the Docket.

  Thank you, in advance, for your time and attention to this matter.

           Respectfully submitted,

           LEVIN-EPSTEIN & ASSOCIATES, P.C.

         By: */s/ Jason Mizrahi*
           Jason Mizrahi, Esq.
           60 East 42nd Street, Suite 4700
           New York, New York 10165
           Tel. No.: (212) 792-0048
           Email: Jason@levinepstein.com
           *Attorneys for Plaintiff*